DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAYNESSA T. PARRIS,

Appellant,

v.

AZARIAH B. ISRAEL,

Appellee.

No. 2D22-3362

_____

December 13, 2023

Appeal from the Circuit Court for Hillsborough County; Kelly A. Ayers,
Judge.

Tarya A. Tribble of Tribble Law Center, P.A., Riverview, for Appellant.

No appearance for Appellee.

PER CURIAM.

We affirm the final judgment of dissolution of marriage. We find no
error in the trial court's refusal to order postjudgment interest on the
retroactive child support ordered to be paid by Azariah Israel, the former
husband, to Raynessa Parris, the former wife, where the trial court found
that there is no child support arrearage. We note that this ruling does
not preclude the award of postjudgment interest in the event a child
support delinquency becomes a final judgment. *See* § 61.14(6)(d), Fla.

Stat. (2023) (providing that when a delinquency becomes "a final judgment by operation of law against the obligor," statutory interest shall be charged on the judgment).

Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.